**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-01974-VAP (SPx)                          Date:  January 23, 2015

Title:   NATHAN J. COLODNEY -v- COUNTY OF RIVERSIDE
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

    None                                            None

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE
                              (IN CHAMBERS)

     On September 23, 2014, Plaintiff Nathan J. Colodney ("Colodney") filed this action against Defendant County of Riverside ("Riverside County").  To date, however, Colodney has not filed a proof of service indicating that Riverside County was served with the complaint, nor has he submitted evidence to show efforts made to give notice or given a reason notice should not be required.  Pursuant to Federal Rule of Civil Procedure ("FRCP") 4(m), a plaintiff must serve summons and complaint on all named defendants within 120 days of filing.  When a plaintiff fails to prosecute the case, the court on its own motion may dismiss the case under FRCP 41(b).  <u>See</u> <u>Tolbert v. Leighton</u>, 623 F.2d 585, 586-87 (9th Cir. 1980).  Colodney has failed to prosecute this action, and thus it is subject to dismissal.

EDCV 14-01974-VAP (SPx)
NATHAN J. COLODNEY v. COUNTY OF RIVERSIDE
MINUTE ORDER of January 23, 2015

      Accordingly, the Court ORDERS Colodney to show cause, in writing, not later than February 7, 2015, why this action should not be dismissed without prejudice for failure to prosecute. Failure to file a response will result in dismissal of this action.

      **IT IS SO ORDERED.**