JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. COLODNEY,<br><br>        Petitioner,<br><br>   v.<br><br>COUNTY OF RIVERSIDE,<br><br>        Respondent. | Case No. EDCV 14-01974-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 9, 2015

                                    VIRGINIA A. PHILLIPS
                            United States District Judge